

11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

In re Walter Estes,                                    * Original Mandamus Proceeding

No. 11-15-00002-CR                                 * January 22, 2015

                                                                * Per Curiam Memorandum Opinion
                                                                   (Panel consists of: Wright, C.J.,
                                                                   Willson, J., and Bailey, J.)

This court has considered Relator's petition for writ of mandamus and concludes that the petition for writ of mandamus should be dismissed for want of jurisdiction.   Therefore, in accordance with this court's opinion, the petition for writ of mandamus is dismissed.